# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 96 MM 2018

             v.                               :

TARIQ MAHMUD                          :

PETITION OF: TIMOTHY E. POSSENTI,   :
ESQUIRE                                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2018, in consideration of the Application for Leave to Withdraw, this matter is REMANDED to the Court of Common Pleas of Delaware County for it to determine whether counsel should be permitted to withdraw. If counsel is permitted to withdraw, the court is instructed to resolve any issues relative to Petitioner being appointed counsel or granted leave to proceed *pro se*.

    The court is to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.